Christopher J. Hamner, Esq., Cal. Bar No. 197117
HAMNER LAW OFFICES, APLC
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com

Attorneys for Plaintiff
DAVID FARRELL


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MATTHEW M. SONNE, Cal. Bar No. 239110
msonne@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130

BRYANNE J. LEWIS, Cal. Bar No. 311763
blewis@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398

Attorneys for Defendant
BJ'S RESTAURANT OPERATIONS COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FARRELL, an individual California resident, on behalf of himself and the proposed class,<br><br>          Plaintiff,<br>     v.<br><br>BJ'S RESTAURANT OPERATIONS COMPANY, a California corporation, and DOES I THROUGH 10, inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-03771 DSF (Ex)<br><br>District Judge Dale S. Fischer<br>Magistrate Judge Charles F. Eick<br>Department: 7D<br><br>**JOINT STIPULATION RE ADDENDUM TO PAGA SETTLEMENT AGREEMENT** |

-1-

## JOINT STIPULATION

WHEREAS, on September 15, 2022, this court issued a Final Judgment approving the PAGA Settlement in this case which approves the PAGA Settlement according to the terms of the Settlement Agreement in this matter. (Dkt. 41.)

WHEREAS, the PAGA Settlement Agreement in this matter provides for a gross settlement fund of $58,000.

WHEREAS, at the time of the approval of the PAGA Settlement, both parties believed that the cost for administration of the settlement by Phoenix Class Action Solutions ("Phoenix") was $35,510.

WHEREAS, after the settlement was approved, Phoenix indicated that administration costs for this settlement would be $59,775, which represents an increase of approximately $24,300; and

WHEREAS, the parties have agreed to increase the total settlement amount by $24,300 to $82,300 to cover the increased administration costs.

THEREFORE, IT IS HEREBY STIPULATED that the Court approve the parties' Addendum to the PAGA Settlement Agreement attached hereto as Exhibit 1.

It is so stipulated.

Dated: 1/12, 2023          HAMNER LAW OFFICES, APLC

By _____
CHRISTOPHER J. HAMNER
Attorney for Plaintiff
DAVID FARRELL

Dated: January 31, 2023    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____

-2-

MATTHEW M. SONNE
BRYANNE J. LEWIS
Attorneys for Defendant
BJ'S RESTAURANTS, INC.

-3-

SMRH:4873-8309-7671.2   JOINT STIPULATION RE ADDENDUM TO PAGA SETTLEMENT AGREEMENT