UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FARRELL, an individual California resident, on behalf of himself and the proposed class,<br><br>      Plaintiff,<br>  v.<br><br>BJ'S RESTAURANT OPERATIONS COMPANY, a California corporation, and DOES I THROUGH 10, inclusive,<br><br>      Defendants. | Case No.: 2:20-cv-03771 DSF (Ex)<br><br>District Judge Dale S. Fischer<br>Magistrate Judge Charles F. Eick<br>Department: 7D<br><br>**ORDER RE ADDENDUM TO PAGA SETTLEMENT AGREEMENT** |

## ORDER

WHEREAS, on September 15, 2022, this court issued a Final Judgment approving the PAGA Settlement in this case which approves the PAGA Settlement according to the terms of the Settlement Agreement in this matter. (Dkt. 41.)

WHEREAS, the PAGA Settlement Agreement in this matter provides for a gross settlement fund of $58,000.

WHEREAS, at the time of the approval of the PAGA Settlement, both parties believed that the cost for administration of the settlement by Phoenix Class Action Solutions ("Phoenix") was $35,510.

WHEREAS, after the settlement was approved, Phoenix indicated that administration costs for this settlement would be $59,775, which represents an increase of approximately $24,300; and

WHEREAS, the parties have agreed to increase the total settlement amount by $24,300 to $82,300 to cover the increased administration costs.

THEREFORE, the Court approve the parties' Addendum to the PAGA Settlement Agreement attached as Exhibit 1 to the parties' Joint Stipulation Re Addendum to PAGA Settlement Agreement filed on January 31, 2023.

IT IS SO ORDERED.

DATED: February 6, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE